**Dated: December 16, 2022**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-23677 |
| **Niesha Shantel Jeffries,** ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |

_____

### ORDER GRANTING MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
### Re: 3125 Kimner St., Memphis, TN 38127
_____

This cause came before the Court upon U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust's, SN Servicing Corporation as servicer ("Movant"), Motion for Relief from the Automatic Stay and Co-Debtor Stay as to the property commonly known as 3125 Kimner St., Memphis, TN 38127 ("Property"). For good cause shown, it is the opinion of the Court that the Motion should be granted, and that cause exists for granting the relief requested.

IT IS THEREFORE ORDERED:

1. That the Automatic Stay of 11 USC §§ 362 and 1301 as to Movant is dissolved, and it is allowed to proceed with its remedy at state law as to the property commonly known as 3125 Kimner St., Memphis, TN 38127.

2. That any excess proceeds, after paying valid junior lienholders, following disposition of collateral shall be remitted to the Trustee.

3. That Movant is relieved of the duty of filing and serving Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges as required by FRBP 3002.1(b) and FRBP 3002.1(c).

4. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order Granting Relief from the Automatic Stay.

5. The Chapter 13 Trustee may cease paying the mortgage through the plan.

APPROVED FOR ENTRY:

*/s/ Edward D. Russell*
Edward D. Russell (026126)
The SR Law Group
PO Box 128
Mt. Juliet, Tennessee 37121
(615) 559-3190
erussell@thesrlawgroup.com

/s/ Sylvia F. Brown
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December 2022, a true and correct copy of the Order Granting Relief from the Automatic Stay and Co-Debtor was served by regular mail upon Niesha Shantel Jeffries, 4609 Brindley Drive, Memphis, TN 38128; Taurus Gillum, 3125 Kimner St., Memphis, TN 38127; counsel for the Debtor, S. Jonathan Garrett, 2670 Union Avenue Extended, Suite 1200, Memphis, TN 38112-4424, by electronic notice; Sylvia F. Brown, 200 Jefferson Ave. Suite #1113, Memphis, TN 38103, by electronic notice; and electronically to those identified on the CM/ECF system for this case.

By: */s/Edward D. Russell*
Edward D. Russell